UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE,

                Plaintiff,

-against-

V P S SHIPPING LTD., THE UPS STORE, INC.,
AJAY SAVAN, individually, ERIC ADAMS, individually
and JONAH SAVAN, individually,

                Defendants.
-----------------------------------------------------------------X

Docket No.: 18 CV 6833
(DRH) (AKT)

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

## CORPORATE DISCLOSURE STATEMENT

V P S SHIPPING LTD., AJAY SAVAN, individually, ERIC ADAMS, individually, and JONAH SAVAN, individually i/s/h/a V P S SHIPPING LTD., THE UPS STORE, INC., AJAY SAVAN, individually, ERIC ADAMS, individually and JONAH SAVAN, individually,

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants, V P S SHIPPING LTD. i/s/h/a THE UPS STORE, INC., submit the following Corporate Disclosure Statement:

No publicly held corporation owns 10% or more of its stock.

Dated: Woodbury, New York
February 27, 2019

                MILBER MAKRIS PLOUSADIS
                & SEIDEN, LLP

By: _____
John J. Byrnes
Attorneys for Defendants
V P S SHIPPING LTD., AJAY SAVAN, individually, ERIC ADAMS, individually, and JONAH SAVAN, individually i/s/h/a V P S SHIPPING LTD., THE UPS STORE, INC., AJAY SAVAN, individually, ERIC ADAMS, individually and JONAH SAVAN, individually
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
Telephone: (516) 712-4000
File No.: 1219-16498

TO: Derek Smith Law Group, PLLC
Rachel Adele Allen, Esq.
Attorneys for Plaintiff
One Pennsylvania Plaza, Suite 4905
New York, New York 10119
Telephone: (212) 587-0760